### STATE OF NEW JERSEY v. JOSEPH PALMER.

December 12, 1972. This matter having come on for argument, and it appearing to the Court that the only issue raised, the claim of inadequate representation by counsel, should not be considered for the reason that there was no record with respect to that claim, it is accordingly

Ordered that the judgment of conviction be affirmed, without prejudice, however, to a prompt application to the trial court for post-conviction relief on the basis of the asserted claim.

### THOMAS NORTON, JR. v. JOSEPH VENA.

June 13, 1973. Petition for certification is granted and the judgment of the Appellate Division is reversed and the judgment of the trial court is affirmed.

### ELIZABETH McLAUGHLIN v. CIVIL SERVICE COMMISSION OF THE STATE OF NEW JERSEY.

July 9, 1973. The application for leave to withdraw the appeal on the ground that the matter has been satisfactorily resolved is granted.

### STATE OF NEW JERSEY v. LAMAR TAYLOR.

December 13, 1973. Petition for certification is granted; and it is further Ordered that the judgment of the Appellate Division is reversed and the appeal is reinstated and remanded to the Appellate Division for hearing on the merits.